AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Frost, Gregory L. | 2. Court or Organization  U.S. Dist. Ct., S.Dist.of Ohio | 3. Date of Report  05/01/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination ☐ Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

7. Chambers or Office Address

169 U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director / Shareholder | ▒▒▒▒ (▒▒▒▒▒ corporation) |
| 2. | Director - Vice Chair | Maryhaven, Inc. (Non-profit drug and alcohal rehabilitation facility) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | W. K. Frost, Inc. (director's fee) | $2,000.00 |
| 2. 2014 | Ohio Public Employees Retirement System (pension) | $82,177.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Ohio Public Employees Retirement System - pension |
| 2. 2014 | Ohio Deferred Compensation - distribution |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frost, Gregory L.** | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Meridian Condo Project mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Park National Bank Checking Account | | None | J | T | | | | | |
| 2. Park National Bank Checking Account | | None | J | T | | | | | |
| 3. W.K. Frost, Inc. - Closely held stock | E | Distribution | M | U | | | | | |
| 4. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | T | | | | | |
| 5. Shrimplin #1 - Royalty Interest, Knox County, Ohio | B | Royalty | J | W | | | | | |
| 6. Deferred Comp. - Fidelity Growth Company | | None | K | T | | | | | |
| 7. Deferred Comp. - Fidelity Contrafund | | None | J | T | | | | | |
| 8. Deferred Comp. - Janus Fund | | None | J | T | | | | | |
| 9. Deferred Comp. - Vanguard International Growth | | None | K | T | | | | | |
| 10. Deferred Comp. - Vanguard Institutional Index | | None | K | T | | | | | |
| 11. Deferred Comp. - Guaranteed Return Option | | None | K | T | | | | | |
| 12. Deferred Comp. - FPA Capital Fund | | None | K | T | | | | | |
| 13. Investment/Rental Property - Cocoa Beach, FL | D | Rent | O | W | | | | | |
| 14. Deferred Comp. - Fideity Contrafund | | None | K | T | | | | | |
| 15. Deferred Comp. - Fidelity Growth | | None | K | T | | | | | |
| 16. Deferred Comp. - Janus Fund | | None | J | T | | | | | |
| 17. Deferred Comp. - Vanguard International | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deferred Comp. - Vangard Institutional | | None | K | T | | | | | |
| 19. Deferred Comp. - FPA Capital Fund | | None | K | T | | | | | |
| 20. Deferred Comp. - Guaranteed Return | | None | J | T | | | | | |
| 21. Moundbuilders Country Club | | None | | | Donated | | | | |
| 22. Park National Bank Savings Account | A | Interest | J | T | | | | | |
| 23. Park National Bank Saving Account | A | Interest | L | T | | | | | |
| 24. Deferred Comp. - Vanguard Capital Opportunity | | None | J | T | | | | | |
| 25. Deferred Comp. - Vanguard Total Bond Market Index | | None | J | T | | | | | |
| 26. Wells Fargo Brokerage Account | A | Interest | J | T | | | | | |
| 27. Wells Fargo Brokerage Account Aflac Inc. | A | Dividend | K | T | | | | | |
| 28. Wells Fargo Brokerage Account Ship Finance Intl. LT | B | Dividend | J | T | | | | | |
| 29. Wells Fargo Brokerage Account Archer-Daniels Midland | A | Dividend | K | T | Buy (add'l) | 01/28/14 | K | | |
| 30. Wells Fargo Brokerage Account Realty Income Corp | B | Dividend | J | T | | | | | |
| 31. Wells Fargo Brokeraage Account Seadrill LTD | B | Dividend | K | T | | | | | |
| 32. Wells Fargo Brokerage Account AT&T Inc | B | Dividend | K | T | Buy (add'l) | 01/28/14 | K | | |
| 33. Wells Fargo Brokerage Account Berkshire Hathaway Inc | | None | K | T | | | | | |
| 34. Wells Fargo Brokerage Account Pepsico | B | Dividend | K | T | Buy (add'l) | 01/28/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Brokerage Account Berkshire Hathaway | | None | K | T | | | | | |
| 36. Wells Fargo Brokerage Account Intel | A | Dividend | J | T | | | | | |
| 37. Wells Fargo Brokerage Account Microsoft Corp. | A | Dividend | K | T | | | | | |
| 38. Wells Fargo Brokerage Account Exelon Corp. | A | Dividend | J | T | | | | | |
| 39. PNC Invest. Acct. Blackrock MMF | A | Interest | K | T | | | | | |
| 40. PNC Invest. Acct. AT&T | A | Dividend | J | T | | | | | |
| 41. PNC Invest. Acct. American Express Co. | A | Dividend | J | T | | | | | |
| 42. PNC Invest. Acct. Amerisource Bergen Corp. | A | Dividend | J | T | | | | | |
| 43. PNC Invest. Acct Apple | A | Dividend | J | T | Buy (add'l) | 06/06/14 | J | | See Comment |
| 44. PNC Invest. Acct. Baxter International Inc | A | Dividend | K | T | | | | | |
| 45. PNC Invest. Acct. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 46. PNC Invest. Acct. CSX Corp | A | Dividend | J | T | | | | | |
| 47. PNC Invest. Acct. Chubb Corp | A | Dividend | J | T | | | | | |
| 48. PNC Invest. Acct. Connecticut St. SER D GO | A | Interest | K | T | | | | | |
| 49. PNC Invest. Acct. Conoco Phillips | A | Dividend | J | T | | | | | |
| 50. PNC Invest. Acct. Consolidated Edision Inc. | A | Dividend | J | T | | | | | |
| 51. PNC Invest. Acct. Disney Walt Co. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Investment Mgmt. Acct. Dupont E 1 De Nemours & Co. | A | Dividend | J | T | | | | | |
| 53. PNC Invest. Acct. Eaton Corp | A | Dividend | J | T | | | | | |
| 54. PNC Invest. Acct. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 55. PNC Invest. Acct. General Electric Co. | A | Dividend | J | T | | | | | |
| 56. PNC Invest. Acct. Harbor Int'l Fund Class | A | Dividend | J | T | | | | | |
| 57. PNC Invest. Acct. Intel | A | Dividend | J | T | | | | | |
| 58. PNC Invest. Acct. IBM | A | Dividend | J | T | | | | | |
| 59. PNC Invest. Acct. IShares TR MSCI Emerging | A | Dividend | J | T | | | | | |
| 60. PNC Invest. Acct. I Shares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 61. PNC Invest. Acct. I Shares Russell Midcap | A | Dividend | K | T | | | | | |
| 62. PNC Invest. Acct. Ishares TR Russell 2000 Idx | A | Dividend | J | T | | | | | |
| 63. PNC Invest.Acct. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 64. PNC Invest.Acct. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 65. PNC Invest. Acct. Johnson Controls | A | Dividend | J | T | | | | | |
| 66. PNC Invest.Acct. Litman Gregory Masters Int'l | A | Dividend | J | T | | | | | |
| 67. PNC Invest. Acct. Mass St. Sch. Bldg Auth Bond | A | Dividend | | | Matured | 10/15/14 | K | | |
| 68. PNC Invest. Acct. McDonald's Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PNC Invest.Acct. Microsoft Corp | A | Dividend | J | T | | | | | |
| 70. PNC Invest. Acct. Nextera Energy Inc. | A | Dividend | J | T | | | | | |
| 71. PNC Invest. Acct. OSU Ref Ser A | A | Interest | K | T | | | | | |
| 72. PNC Invest. Acct. Oracle | A | Dividend | J | T | | | | | |
| 73. PNC Invest. Acct. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 74. PNC Invest. Acct. Phoenix AZ Civic Impt | A | Interest | K | T | | | | | |
| 75. PNC Invest. Acct. Price T Rowe Grp | A | Dividend | J | T | | | | | |
| 76. PNC Invest. Acct. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 77. PNC Invest. Acct. Qualcomm | A | Dividend | J | T | | | | | |
| 78. PNC Invest. Acct. JM Smucker | A | Dividend | J | T | | | | | |
| 79. PNC Invest. Acct. UPS | A | Dividend | J | T | | | | | |
| 80. PNC Invest. Acct. United Technologies Corp. | A | Dividend | J | T | | | | | |
| 81. PNC Invest. Acct. Univ of CO Enterprise Rev. | A | Interest | K | T | | | | | |
| 82. PNC Invest. Acct. Wells Fargo | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. Wells Fargo Brokerage Account Eaton | A | Dividend | J | T | | | | | |
| 85. Wells Fargo Brok. Acct. IShares Dow Jones Select Div. | A | Dividend | | | Sold | 04/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Brok. Acct. IShares TR-Dow Jones US Tech. | A | Dividend | | | Sold | 04/04/14 | J | A | |
| 87. Wells Fargo Brok. Acct. Deere & Co. | B | Dividend | K | T | | | | | |
| 88. Wells Fargo Brok. Acct. Emerson Electric | A | Dividend | K | T | | | | | |
| 89. Wells Fargo Brok. Acct. IBM | A | Dividend | K | T | | | | | |
| 90. Wells Fargo Brok. Acct. IShares FTSE EPRA/ETF NAREIT | A | Dividend | | | Sold | 04/04/14 | J | A | |
| 91. Wells Fargo Brok. Acct. S&P US Preferred Stock | A | Dividend | J | T | | | | | |
| 92. Wells Fargo Brok. Acct. Potash Corp. of Saskatchewan | A | Dividend | J | T | | | | | |
| 93. Wells Fargo Brok. Acct. Senior Housing Prop. TR REIT | A | Dividend | J | T | | | | | |
| 94. Wells Fargo Brok. Acct. SPDR S&P Dow Jones INDL ETF | A | Dividend | | | Sold | 04/04/14 | J | A | |
| 95. Wells Fargo Brok. Acct. S&P Emerging ETF Mkts. Div. | A | Dividend | | | Sold | 04/04/14 | J | A | |
| 96. Wells Fargo Brok. Acct. Total S.A. Spons. ADR | B | Dividend | K | T | | | | | |
| 97. Wells Fargo Brok. Acct. Vale S A ADR | A | Dividend | K | T | | | | | |
| 98. Wells Fargo Brok. Acct. Vectren Corp. | A | Dividend | K | T | | | | | |
| 99. Wells Fargo Brok. Acct. Vanguard GNMA FD CL1 | B | Dividend | L | T | | | | | |
| 100. Wells Fargo Checking Acct. | A | Interest | J | T | | | | | |
| 101. Wells Fargo Savings Acct. | A | Interest | L | T | | | | | |
| 102. Wells Fargo IRA Acct. Blackrock Build America Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PNC Bank Sweep Deposit | D | Interest | J | T | | | | | |
| 104. PNC Invest. Acct. Templeton Global Bond Fund AD | A | Dividend | K | T | | | | | |
| 105. PNC Invest. Acct. T Rowe Price High Yield Fund #57 | A | Dividend | K | T | | | | | |
| 106. PNC Invest. Acct. IShares Dow Jones US REIT ETF | A | Dividend | J | T | | | | | |
| 107. Wells Fargo Brok. Acct. Kinder Morgan Inc. | A | Dividend | K | T | | | | | |
| 108. Wells Fargo Brok. Acct. Southern Copper Corp. | A | Dividend | J | T | | | | | |
| 109. Wells Fargo Brok. Acct. Royal Dutch Shell PLC | B | Dividend | K | T | | | | | |
| 110. Wells Fargo Brok. Acct. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 06/06/14 | J | | See Comment |
| 111. Wells Fargo Brok. Acct. Excelon Corp. | A | Dividend | J | T | | | | | |
| 112. Wells Fargo Brok. Acct. Diebold | A | Dividend | K | T | | | | | |
| 113. PNC Invest. Acct. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 114. PNC Invest. Acct. Nike | A | Dividend | J | T | | | | | |
| 115. PNC Invest. Acct. Campbell Soup Co. | A | Dividend | J | T | | | | | |
| 116. PNC Invest. Acct. Chevron Corp. | A | Dividend | J | T | | | | | |
| 117. PNC Invest. Acct. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 118. PNC Invest. Acct. Phillips 66 | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. PNC Invest. Acct. PIMCO High Yield Corp. Bond Fund ETF | A | Dividend | J | T | Buy | 06/23/14 | J | | |
| 124. PNC Invest. Acct. Visa Inc. | A | Dividend | J | T | Buy | 08/19/14 | J | | |
| 125. PNC Invest. Acct. Anchorage AK Elec Utiltiy Rev. SR Lien-SE | | None | K | T | Buy | 10/30/14 | K | | |
| 126. PNC Invest. Acct. Grant Cnty WA Public Utilities Dist #2A Rev | | None | K | T | Buy | 10/11/14 | K | | |
| 127. Wells Fargo Brok. Acct. BP PLC Spons ADR | B | Dividend | K | T | Buy | 01/28/14 | K | | See Comment |
| 128. Wells Fargo Brok. Acct. Caterpillar Inc. | A | Dividend | K | T | Buy | 01/28/14 | K | | See Comment |
| 129. Wells Fargo Brok. Acct. Walt Disney Co. | | None | K | T | Buy | 01/28/14 | K | | See Comment |
| 130. Wells Fargo Brok. Acct. International Paper Co | A | Dividend | K | T | Buy | 01/28/14 | K | | See Comment |
| 131. Wells Fargo Brok. Acct. Johnson & Johnson | C | Dividend | L | T | Buy | 01/28/14 | L | | See Comment |
| 132. Wells Fargo Brok. Acct. Mondelez Intl Inc. | A | Dividend | K | T | Buy | 01/28/14 | K | | See Comment |
| 133. Wells Fargo Brok. Acct. JPM Chase | A | Dividend | K | T | Buy | 01/28/14 | K | | See Comment |
| 134. Wells Fargo Brok. Acct.Phillip Morris INTL Inc. | B | Dividend | K | T | Buy | 01/28/14 | K | | See Comment |
| 135. Wells Fargo Brok. Acct. Superior Industries INTL. Inc. | A | Dividend | J | T | Buy | 01/28/14 | J | | See Comment |
| 136. Wells Fargo Brok. Acct. Verizon Communications Com. | A | Dividend | K | T | Buy | 01/28/14 | K | | See Comment |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Brok. Acct. Veritiv Corp. | | None | | | Buy | 01/28/14 | J | | See Comment |
| 138. Wells Fargo Brok. Acct. Veritiv Corp. | | None | | | Sold | 07/02/14 | J | A | |
| 139. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frost, Gregory L.** | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 21 - This bond was donated back to the obligor as a gift.

Line 43 and 110 - Additional Apple stock was acquired by way of a stock split.

Lines 127-137 - These stocks were inherited from a ▮▮▮▮ trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory L. Frost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544